UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CARRIER IQ, CONSUMER PRIVACY LITIGATION, <br><br> ------------------------------- <br><br> PATRICK KENNY, individually and on behalf of himself and all others similarly situated, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> SAM A. MIORELLI, <br><br> Objector-Appellant, <br><br> v. <br><br> CARRIER IQ, INC.; et al., <br><br> Defendants-Appellees. | No. 16-16816 <br><br> D.C. No. 3:12-md-02330-EMC Northern District of California, San Francisco <br><br> ORDER |

The briefing schedule is revised as follows: appellees shall file an answering brief on or before June 19, 2017; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation