| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 18 2017<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: CARRIER IQ, CONSUMER PRIVACY LITIGATION,

---

PATRICK KENNY, individually and on behalf of himself and all others similarly situated,

       Plaintiff - Appellee,

 v.

SAM A. MIORELLI,

       Objector - Appellant,

 v.

CARRIER IQ, INC.; et al.,

       Defendants - Appellees.

No. 16-16816

D.C. No. 3:12-md-02330-EMC
U.S. District Court for Northern California, San Francisco

**ORDER**

On or before October 6, 2017, counsel for appellees shall provide a status report by email to the Circuit Mediator (margaret_corrigan@ca9.uscourts.gov), with a copy to all counsel.

The status report should not be filed with the court.

                             FOR THE COURT:

bs/mediation                                         Margaret A. Corrigan<br>                                                                           Circuit Mediator